UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| MARY GINTHER and RICHARD GINTHER, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO: 3:12-CV-822-RL-CAN |
| v. | ) ) | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, BARRY AND LISA CADDEN, and GREGORY CONIGLIARO, | ) ) ) ) ) ) | |
| Defendants. | | |

**APPEARANCE BY ATTORNEY IN CIVIL CASE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Barry and Lisa Cadden, and Greg Conigliaro.

I certify that I am admitted to practice in this Court.

LEWIS WAGNER LLP

By: /s/ Kameelah Shaheed-Diallo
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
JANELLE M. KILIES, #30708-49
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 14, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas D. Small
FOLEY & SMALL
1002 E Jefferson Blvd
South Bend IN  46617
*Counsel for Plaintiffs*

                                */s/ Kameelah Shaheed-Diallo*
                                KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\19 - Ginther\Federal Pleadings\appear_ksd_Cadden & Conigliaro.docx