UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARY GINTHER and RICHARD GINTHER, ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO: 3:12-CV-822-RL-CAN |
| v. ) ) | |
| NEW ENGLAND COMPOUNDING ) PHARMACY, INC. d/b/a NEW ) ENGLAND COMPOUNDING CENTER, ) BARRY AND LISA CADDEN, and ) GREGORY CONIGLIARO, ) ) | |
| Defendants. | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, and being duly advised in the premises, hereby GRANTS Defendants' Motion. Defendants are hereby granted an extension up to an including April 19, 2013 to respond to Plaintiffs' Complaint.

SO ORDERED this 21st day of February, 2013.

                                              S/Christopher A. Nuechterlein
                                              Magistrate Judge, Christopher A. Nuechterlein
                                              U.S. Northern District Court

Distribution:

| | |
|---|---|
| Douglas D. Small | Dina M. Cox / Kameelah Shaheed-Diallo |
| FOLEY & SMALL | Robert M. Baker IV / Janelle P. Kilies |
| 1002 E. Jefferson Blvd. | LEWIS WAGNER, LLP |
| South Bend, IN  46617 | 501 Indiana Avenue, Suite 200 |
| | Indianapolis, IN  46202 |